IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHAD MCFARLIN**, individually and on behalf of all similarly situated persons, | Civil Action No.: 2:16-cv-12536 |
| | Hon. Gershwin A. Drain |
| **Plaintiffs**, | |
| v. | |
| **THE WORD ENTERPRISES, LLC**, et al. | |
| **Defendants** | |

INDEX OF EXHIBITS TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

1. Michele Follman Dep. of June 19, 2017 ("Follman Part I Dep.")
2. Kevin Dittrich Dep. of June 19, 2017 ("Dittrich Part I Dep.")
3. Michele Follman Dep. of December 5, 2017 ("Follman Part II Dep.")
4. Dept. of Labor, Wage and Hour Division Fact Sheet #15
5. Kevin Dittrich Dep. of December 5, 2017 ("Dittrich Part II Dep.")
6. Wage and Hour Division Field Operations Handbook § 30d06
7. Proposed Order
8. *Doe v. Cin-Lan, Inc.*, No. 4:08-cv-12719, 2009 U.S. Dist. LEXIS 72979 (E.D. Mich. Aug. 18, 2009)
9. *Visner v. Mich. Steel Indus.*, No. 14-cv-12786, 2015 U.S. Dist. LEXIS 95938 (E.D. Mich., July 23, 2015)
10. *Acosta v. CPS Foods, Ltd.*, 2017 U.S. Dist. LEXIS 182683 (N.D. Ohio, Nov. 3, 2017)

11. *Kimbrel v. D.E.A. Corp.*, 2016 U.S. Dist. LEXIS 189316 (E.D. Tenn., Aug. 2, 2016)

12. *Heng Chan v. Sung Yue Tung Corp.*, 2007 U.S. Dist. LEXIS 7770 (S.D.N.Y. Feb. 1, 2007)

13. *Meetz v. Wisconsin Hospitality Grp. LLC*, 2017 U.S. Dist. LEXIS 138380 (E.D. Wis. Aug. 29 2017)