## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| DX-1 | Dittrich Deposition Transcript (6/19/17) |
| DX-2 | Follman Deposition Transcript (12/05/17) |
| DX-3 | Follman Deposition Transcript (6/19/17) |
| DX-4 | *Perrin v. Papa John's Int'l.*, 213 U.S. Dist. LEXIS 181749 (E.D. Mo., Dec. 31, 2013) (Unpublished) |
| DX-5 | McFarlin Deposition Transcript (11/06/17) |
| DX-6 | DOL Handbook § 30d08 (12/9/88 Edition) |
| DX-7 | DOL Opinion Letter, FLSA 2006-21 (June 9, 2006) |
| DX-8 | 2014-15 Tip Credit Notice |
| DX-9 | Post-2015 Tip Credit Notice |