```
 1            IN THE UNITED STATES DISTRICT COURT
              IN THE EASTERN DISTRICT OF MICHIGAN
 2                      SOUTHERN DIVISION

 3   CHAD McFARLIN, individually

 4   and on behalf of all

 5   similarly situated persons,

 6            Plaintiff,

 7       -v-                              No. 2:16-cv-12536

 8                                        Hon. Gershwin A. Drain

 9   THE WORD ENTERPRISES, LLC,

10   et al.,

11            Defendants.
12   _____/

13   PAGE 1 TO 80

14

15       The deposition of MICHELE FOLLMAN,

16       Taken at 221 North Main Street, Suite 300,

17       Ann Arbor, Michigan,

18       Commencing at 1:20 p.m.,

19       Monday, June 19, 2017,

20       Before Cheryl McDowell, CSR-2662, RPR.

21

22

23

24

25
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

DX-3

```
 1  A.   Yes.
 2  Q.   And why was that change made?
 3  A.   Minimum wage was going up.  To help with labor costs,
 4       we made the decision to do what most other businesses
 5       in this category were doing and do the split wage.
 6  Q.   When you say split wage, what do you mean?
 7  A.   The split to where if they're inside the store, they
 8       get the minimum wage.  If they're on the road, they
 9       get the five dollars per hour.
10  Q.   They were paid more than five dollars an hour, though,
11       right?
12  A.   Yes.
13  Q.   Would they -- I mean, they have to be paid minimum
14       wage, right?
15  A.   Yes.
16  Q.   Why wouldn't -- how would they get paid minimum wage
17       based on the five dollar per hour out wage?
18  A.   They're compensated seventy-five cents per delivery
19       run in Perry.  When they take a Laingsburg delivery,
20       they're given an extra dollar.
21            And then they also receive tips in the form
22       of credit cards or cash.
23  Q.   And then for the St. Johns location, was that a
24       seventy-five cent per delivery reimbursement as well?
25  A.   Yes, yes.
```

