Michigan Department of Licensing and Regulatory Affairs
Michigan Occupational Safety & Health Administration
Consultation Education & Training Division
(517) 284-7720

Paid in part with federal OSHA funds.
MIOSHA/CET #2106 (Rev. 08/15)

For further information, visit our website at: www.michigan.gov/miosha

LARA is an equal opportunity employer/program.



## FEDERAL MINIMUM WAGE

### EMPLOYEE RIGHTS UNDER THE FAIR LABOR STANDA[RDS ACT]

## FEDERAL MINIMUM WAGE $7.25 PER H[OUR] BEG[INNING]

The law requires employers to display this poster where employees can readily see it.

**OVERTIME PAY** At least 1 ½ times your regular rate of pay for all hours worked over 40 in a workweek.

**CHILD LABOR** An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor. Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs with certain work hours restrictions. Different rules apply in agricultural employment.

**TIP CREDIT** Employers of "tipped employees" who meet certain conditions may claim a partial wage credit based on tips received by their employees. Employers must pay tipped employees a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference.

**NURSING MOTHERS** The FLSA requires employers to provide reasonable break time for a nursing mother employee who is subject to the FLSA's overtime requirements in order for the employee to express breast milk for her nursing child for one year after the child's birth each time such employee has a need to express breast milk. Employers are also required to provide a place, other than a bathroom, that is shielded from view and free from intrusion from coworkers and the public, which may be used by the employee to express breast milk.

**ENFORCEMENT** The Department has authority to recover back wages and an equal amount in liquidated damages in instances of minimum wage, overtime, and other violations. The Department may litigate and/or recommend criminal prosecution. Employers may be assessed civil money penalties for each willful or repeated violation of the

minimum wage or overtime pay provisions [...] penalties may also be assessed for violation[s...] provisions. Heightened civil money penaltie[s...] child labor violation that results in the death [...] minor employee, and such assessments ma[y...] violations are determined to be willful or re[peated...] prohibits retaliating against or discharging [...] complaint or participate in any proceeding [...]

**ADDITIONAL INFORMATION**

- Certain occupations and establishments [...] minimum wage, and/or overtime pay pr[ovisions...]
- Special provisions apply to workers in A[merican Samoa,] Commonwealth of the Northern Mariana [Islands,] Commonwealth of Puerto Rico.
- Some state laws provide greater employe[e protections;] must comply with both.
- Some employers incorrectly classify work[ers as "independent] contractors" when they are actually empl[oyees. It is] important to know the difference betwee[n the two.] employees (unless exempt) are entitled t[o minimum] wage and overtime pay protections and [...] independent contractors are not.
- Certain full-time students, student learne[rs, and] workers with disabilities may be paid less [...] under special certificates issued by the D[epartment.]




WAGE AND HOU[R DIVISION]
UNITED ST[ATES]
DEPARTMENT O[F LABOR]
1-866-487-[...]
TTY: 1-877-88[...]
www.dol.go[v]

## DISCRIMINATION

## MICHIGAN LAW

**PROHIBITS DISCRIMINATION IN EMPLOYMENT, EDUCATION, HOUSIN[G,] PUBLIC ACCOMMODATION, LAW ENFORCEMENT OR PUBLIC SERVIC[E]**

Based on religion, race, color, national origin, sex, disability, age[1], marital s[tatus,] height[2], weight[2], arrest record[2], genetic information[2], and familial stat[us.]

If you think you have been discriminated against, you may file a [...] complaint with the Michigan Department of Civil Ri[ghts.]

Call 1 (800) 482-3604

TWE004446   DX-9



TWE004444