# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **CHAD MCFARLIN**, individually and on behalf of all similarly situated persons, | Civil Action No.: 2:16-cv-12536 |
| | Hon. Gershwin A. Drain |
| **Plaintiffs**, | |
| v. | |
| **THE WORD ENTERPRISES, LLC, et al.** | |
| **Defendant.** | |

## INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM IN OPPOSTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. Michele Follman Dep. of December 5, 2017 ("Follman Part II Dep.")
2. Kevin Dittrich Dep. of June 19, 2017 ("Dittrich Part I Dep.")
3. Dept. of Labor, Wage and Hour Division Fact Sheet #15
4. Michele Follman Dep. of June 19, 2017 ("Follman Part I Dep.")
5. Kevin Dittrich Dep. of December 5, 2017 ("Dittrich Part II Dep.")
6. Min. Wage Notice to Tipped Employees ("Tip Credit Notice") (Dep. Exhibit 7)
7. DOL Handbook § 30c15
8. Follman Affidavit of July 7, 2017 (Dep. Exhibit 17)
9. McFarlin Compensation Chart (Lauria Rate)
10. McFarlin Compensation Chart (IRS Rate)
11. Paul Lauria Expert Report
12. *Solis v. Aguilar,* 2009 U.S. Dist. LEXIS 87021 (M.D. Tenn. Sept. 18, 2009)

13. *Chao v. Min Fang Yang,* 2007 U.S. Dist. LEXIS 98841 (W.D. Tenn. Aug. 13, 2007)

14. *Meetz v. Wisconsin Hospitality Grp. LLC,* 2017 U.S. Dist. LEXIS 138380 (E.D. Wis. Aug. 29)

15. *Martin v. Petroleum Sales, Inc.,* 1992 U.S. Dist. LEXIS 21339 (W.D. Tenn. Jul. 9, 1992)

16. *Cuahua v. Tanaka Japanese Sushi Inc.,* 2017 U.S. Dist. LEXIS 161714 (S.D.N.Y. Sept. 29, 2017)

17. *Metzler v. Express 60-Minutes Delivery,* 1997 U.S. Dist. LEXIS 11217 (N.D. Tex. May 21, 1997)

18. *Drollinger v. Network Global Logistics,* 2016 U.S. Dist. LEXIS 171013 (D. Colo. Dec. 8, 2016)

19. *Perrin v. Papa John's Int'l,* 2013 U.S. Dist. LEXIS 181749 (E.D. Mo. Dec. 31, 2013)

20. *Ogden v. St. Mary's Med. Ctr.,* 2007 U.S. Dist. LEXIS 41853 (E.D. Mich. Jun. 11, 2007)

21. *Am. Nat'l. Prop. & Cas. Co. v. Stutte,* 2015 U.S. Dist. LEXIS 48089 (E.D. Tenn. Apr. 13, 2015)