| | Hours Worked | | | Pay Rate | | | Wages Paid | | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Pay | In-Store | Road | Total | In-Store | Road | Total Min Wage To Be Paid | Regular Wages Paid | Tip Credit Taken | Driver Commision Paid |
| 7/30/15 | 9.11 | 20.37 | 29.48 | $ 8.15 | $ 5.00 | $ 240.26 | $ 176.10 | $ 64.17 | $ 44.75 |
| 8/13/15 | 24.08 | 42.29 | 66.37 | $ 8.15 | $ 5.00 | $ 540.92 | $ 407.70 | $ 133.21 | $ 85.75 |
| 8/27/15 | 17.95 | 25.86 | 43.81 | $ 8.15 | $ 5.00 | $ 357.05 | $ 275.59 | $ 81.46 | $ 73.25 |
| 9/10/15 | 29.94 | 46.16 | 76.1 | $ 8.15 | $ 5.00 | $ 620.22 | $ 474.81 | $ 145.40 | $ 116.25 |
| 9/24/15 | 24.79 | 36.62 | 61.41 | $ 8.15 | $ 5.00 | $ 500.49 | $ 385.14 | $ 115.35 | $ 90.25 |
| 10/8/15 | 26.7 | 33.24 | 59.94 | $ 8.15 | $ 5.00 | $ 488.51 | $ 383.81 | $ 104.71 | $ 82.00 |
| 10/22/15 | 24.15 | 30.68 | 54.83 | $ 8.15 | $ 5.00 | $ 446.86 | $ 350.22 | $ 96.64 | $ 70.75 |
| 11/5/15 | 20.38 | 26.46 | 46.84 | $ 8.15 | $ 5.00 | $ 381.75 | $ 298.40 | $ 83.35 | $ 66.75 |
| 11/19/15 | 24.79 | 33.21 | 58 | $ 8.15 | $ 5.00 | $ 472.70 | $ 368.09 | $ 104.61 | $ 85.75 |
| 12/3/15 | 16.71 | 24.91 | 41.62 | $ 8.15 | $ 5.00 | $ 339.20 | $ 260.74 | $ 78.47 | $ 58.00 |
| 12/17/15 | 16.44 | 29.2 | 45.64 | $ 8.15 | $ 5.00 | $ 371.97 | $ 279.99 | $ 91.98 | $ 69.00 |
| 12/31/15 | 21.66 | 28.3 | 49.96 | $ 8.15 | $ 5.00 | $ 407.17 | $ 318.03 | $ 89.15 | $ 75.00 |
| 1/14/16 | 19.41 | 30.21 | 49.62 | $ 8.50 | $ 5.00 | $ 421.77 | $ 316.04 | $ 105.74 | $ 77.25 |
| 1/28/16 | 20.04 | 23.38 | 43.42 | $ 8.50 | $ 5.00 | $ 369.07 | $ 287.24 | $ 81.83 | $ 58.50 |
| 2/11/16 | 25.9 | 31.31 | 57.21 | $ 8.50 | $ 5.00 | $ 486.29 | $ 376.70 | $ 109.59 | $ 82.50 |
| 2/25/16 | 24.14 | 30.37 | 54.51 | $ 8.50 | $ 5.00 | $ 463.34 | $ 357.04 | $ 106.30 | $ 90.50 |
| 3/10/16 | 25.83 | 22.7 | 48.53 | $ 8.50 | $ 5.00 | $ 412.51 | $ 333.06 | $ 79.45 | $ 61.00 |
| 3/24/16 | 26.47 | 32.18 | 58.65 | $ 8.50 | $ 5.00 | $ 498.53 | $ 385.90 | $ 112.63 | $ 91.00 |
| 4/7/16 | 25.38 | 30.11 | 55.49 | $ 8.50 | $ 5.00 | $ 471.67 | $ 366.28 | $ 105.39 | $ 86.00 |
| 4/21/16 | 23.58 | 32.55 | 56.13 | $ 8.50 | $ 5.00 | $ 477.11 | $ 363.18 | $ 113.93 | $ 83.50 |
| 5/5/16 | 21.25 | 25.64 | 46.89 | $ 8.50 | $ 5.00 | $ 398.57 | $ 308.83 | $ 89.74 | $ 62.00 |
| 5/19/16 | 20.49 | 31.21 | 51.7 | $ 8.50 | $ 5.00 | $ 439.45 | $ 330.22 | $ 109.24 | $ 81.00 |
| 6/2/16 | 26.31 | 27.32 | 53.63 | $ 8.50 | $ 5.00 | $ 455.86 | $ 360.24 | $ 95.62 | $ 71.00 |
| 6/16/16 | 21.83 | 33.77 | 55.6 | $ 8.50 | $ 5.00 | $ 472.60 | $ 354.41 | $ 118.20 | $ 89.25 |
| 6/30/16 | 13.8 | 23.78 | 37.58 | $ 8.50 | $ 5.00 | $ 319.43 | $ 236.20 | $ 83.23 | $ 51.00 |
| 7/14/16 | 23.39 | 36.14 | 59.53 | $ 8.50 | $ 5.00 | $ 506.01 | $ 379.52 | $ 126.49 | $ 85.00 |
| 7/28/16 | 17.61 | 30.91 | 48.52 | $ 8.50 | $ 5.00 | $ 412.42 | $ 304.24 | $ 108.19 | $ 71.50 |
| 8/11/16 | 14.27 | 22.02 | 36.29 | $ 8.50 | $ 5.00 | $ 308.47 | $ 231.40 | $ 77.07 | $ 55.25 |
| 8/25/16 | 20.9 | 28.41 | 49.31 | $ 8.50 | $ 5.00 | $ 419.14 | $ 319.70 | $ 99.44 | $ 79.50 |
| 9/8/16 | 16.1 | 26.93 | 43.03 | $ 8.50 | $ 5.00 | $ 365.76 | $ 271.50 | $ 94.26 | $ 66.50 |

| Total Wages and Commissions Paid Plus Tip Credit | Difference b/w Amt Pd and Min Wage ("DIFFERENCE") | Total Miles Reimbursed for Period (DIFFERENCE / Vehicle Cost for Period) | Actual Miles Driven During Period | Actual Miles Driven less Total Miles Reimbursed | Total $ underreimbused for Vehicle Cost for Period | Mile Reimbursement Rate for this Period |
|---|---|---|---|---|---|---|
| $ 285.01 | $ 44.75 | 135.61 | 436.65 | 301.04 | $ 68.49 | $ 0.10 |
| $ 626.67 | $ 85.75 | 259.85 | 1,007.80 | 747.95 | $ 183.18 | $ 0.09 |
| $ 430.30 | $ 73.25 | 221.97 | 637.00 | 415.03 | $ 89.23 | $ 0.11 |
| $ 736.47 | $ 116.25 | 352.27 | 1,095.30 | 743.03 | $ 166.34 | $ 0.11 |
| $ 590.74 | $ 90.25 | 273.48 | 917.20 | 643.72 | $ 149.09 | $ 0.10 |
| $ 570.51 | $ 82.00 | 248.48 | 815.70 | 567.22 | $ 130.16 | $ 0.10 |
| $ 517.61 | $ 70.75 | 214.39 | 729.10 | 514.71 | $ 119.91 | $ 0.10 |
| $ 448.50 | $ 66.75 | 202.27 | 662.90 | 460.63 | $ 105.62 | $ 0.10 |
| $ 558.45 | $ 85.75 | 259.85 | 806.70 | 546.85 | $ 122.33 | $ 0.11 |
| $ 397.20 | $ 58.00 | 175.76 | 562.80 | 387.04 | $ 87.84 | $ 0.10 |
| $ 440.97 | $ 69.00 | 209.09 | 676.30 | 467.21 | $ 106.51 | $ 0.10 |
| $ 482.17 | $ 75.00 | 227.27 | 699.50 | 472.23 | $ 105.20 | $ 0.11 |
| $ 499.02 | $ 77.25 | 234.09 | 741.60 | 507.51 | $ 114.61 | $ 0.10 |
| $ 427.57 | $ 58.50 | 177.27 | 532.50 | 355.23 | $ 78.20 | $ 0.11 |
| $ 568.79 | $ 82.50 | 250.00 | 770.30 | 520.30 | $ 115.97 | $ 0.11 |
| $ 553.84 | $ 90.50 | 274.24 | 707.70 | 433.46 | $ 87.61 | $ 0.13 |
| $ 473.51 | $ 61.00 | 184.85 | 556.80 | 371.95 | $ 82.00 | $ 0.11 |
| $ 589.53 | $ 91.00 | 275.76 | 792.80 | 517.04 | $ 111.28 | $ 0.11 |
| $ 557.67 | $ 86.00 | 260.61 | 771.10 | 510.49 | $ 111.53 | $ 0.11 |
| $ 560.61 | $ 83.50 | 253.03 | 841.00 | 587.97 | $ 135.65 | $ 0.10 |
| $ 460.57 | $ 62.00 | 187.88 | 707.50 | 519.62 | $ 125.94 | $ 0.09 |
| $ 520.45 | $ 81.00 | 245.45 | 724.50 | 479.05 | $ 104.53 | $ 0.11 |
| $ 526.86 | $ 71.00 | 215.15 | 732.10 | 516.95 | $ 120.46 | $ 0.10 |
| $ 561.85 | $ 89.25 | 270.45 | 913.00 | 642.55 | $ 149.23 | $ 0.10 |
| $ 370.43 | $ 51.00 | 154.55 | 566.90 | 412.35 | $ 98.98 | $ 0.09 |
| $ 591.01 | $ 85.00 | 257.58 | 851.30 | 593.72 | $ 136.65 | $ 0.10 |
| $ 483.92 | $ 71.50 | 216.67 | 758.40 | 541.73 | $ 127.70 | $ 0.09 |
| $ 363.72 | $ 55.25 | 167.42 | 574.80 | 407.38 | $ 95.28 | $ 0.10 |
| $ 498.64 | $ 79.50 | 240.91 | 699.90 | 458.99 | $ 99.33 | $ 0.11 |
| $ 432.26 | $ 66.50 | 201.52 | 693.10 | 491.58 | $ 115.06 | $ 0.10 |
| | | | 21,982.25 | | $ 3,443.91 | $ 0.10 |