## MINIMUM WAGE NOTICE TO TIPPED EMPLOYEES

Effective September 1, 2014, the minimum wage in Michigan is increased from $7.40 per hour to $8.15 per hour for most employees. If you work in a job in which workers customarily receive tips, the minimum wage is increased from $2.65 per hour to $3.10 per hour. These rates will be in effect through December 31, 2015.

We will pay each tipped employee a regular hourly rate of at least $3.10 per hour worked during any work week.

You must declare all tips you receive during each work week.

The tips you receive during any work week belong to you, except for amounts you contribute to a "tip pool" to tip out other employees who customarily and regularly receive tips for their work.

==If your retained tips plus your regular hourly pay for a work week (your "total compensation") is at least $8.15 per hour, we will apply the difference between your regular hourly pay and $8.15 as a "tip credit" for each hour worked.== If your "total compensation" for a work week is less than $8.15 per hour, we will pay you the difference.

This information is provided in accordance with Section 203 (m) of the Fair Labor Standards Act and Section 4d of the Michigan Workforce Opportunity Wage Act, which require that you be advised of these provisions in order for them to apply.

If you have any questions about this, please contact *Management*.



{01607841 1}

TWE000016